**Shalev Amar (022332)**
samar@amarlawgrp.com
**Henry Vorderbruggen (034310)**
hvorderbruggen@amarlawgrp.com
**Amar Law Group, PLLC**
40 W. Baseline Road, Suite 208
Tempe, AZ 85283
(480) 237-2744
(866) 226-1333 (facsimile)
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ronald and Karen Meiller,** | Case No.: 2:18-cv-03527-SMB |
| Plaintiffs, | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| **Ford Motor Company,** | |
| Defendants. | |

Plaintiffs Ronal and Karen Meiller through counsel undersigned, hereby dismiss the above-entitled matter against Defendant Ford Motor Company without prejudice.

DATED this 28th day of June, 2019.

By: */s/Henry Vorderbruggen*
Shalev Amar
Henry Vorderbruggen
Amar Law Group, PLLC
40 W. Baseline Road, Suite 208
Tempe, AZ 85283
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 28, 2019, I electronically transmitted the above Voluntary Dismissal to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kerry M. Griggs
Levi T. Claridge
The Cavanagh Law Firm
1850 N. Central Ave. Suite 2400
Phoenix, AZ 850004-4527

                                   By: /s/*Henry Vorderbruggen*
                                        Henry Vorderbruggen