# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Meiller, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Ford Motor Company,<br><br>　　　　Defendant. | No. CV-18-03527-PHX-SMB<br><br>**ORDER OF DISMISSAL** |

　　　　The Court having received Plaintiff's Voluntary Dismissal and good cause appearing,

　　　　**IT IS ORDERED** that the above entitled matter is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

　　　　Dated this 8th day of July, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge